1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  22-CR-0253-JLS |
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| JESUS ALEJANDRO RAMIREZ-VELASQUEZ, | ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for March 11, 2022, at 1:30 p.m. be continued to April 1, 2022, at 1:30 p.m. For the reasons set forth in the joint motion, theCourt finds that the time is excludable under 18 U.S.C. § 3161(h)(1)(A) in the interests of justice.

SO ORDERED.

Dated:  March 9, 2022

Hon. Janis L. Sammartino
United States District Judge